Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Rick Mula
Assistant Federal Public Defender
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Rick_Mula@fd.org

*Attorney for Defendant Jessie Juan Leon

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>       Plaintiff,<br><br>   v.<br><br>Jessie Juan Leon,<br><br>       Defendant. | Case No. 2:24-cr-00157-RFB-DJA<br><br>**Unopposed Motion for Approval to Travel Outside the Contiguous United States** |

Mr. Leon respectfully requests permission to travel to Mexico City to be with his grandmother while she receives chemotherapy from November 14, 2025, returning November 28, 2025.[1]

Mr. Leon has a reliable travel plan. He will travel by plane to Mexico City and reside with his grandmother.[2]

---

[1] The Court granted similar requests on May 1, 2025, and July 3, 2025. (ECF Nos. 28, 31.)

[2] Defense counsel will provide Mr. Leon's probation officer with the address.

1  Undersigned counsel has conferred with the United States Probation Office
2  and the United States Attorney's Office. Both offices defer to the Court's discretion
3  as to this request.
4  Accordingly, Mr. Leon respectfully requests that he be permitted to travel to
5  Mexico City from November 14, 2025, returning November 28, 2025.
6  Dated October 2, 2025.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Rick Mula*
Rick Mula
Assistant Federal Public Defender


IT IS SO ORDERED:



United States District Judge

Dated: 10/3/2025

2