Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Rick Mula
Assistant Federal Public Defender
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Rick_Mula@fd.org

*Attorney for Defendant Jessie Juan Leon

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| United States of America, | |
|---|---|
| Plaintiff, | Case No. 2:24-cr-00157-RFB-DJA |
| v. | **Unopposed Motion for Approval to Travel Outside the Contiguous United States** |
| Jessie Juan Leon, | |
| Defendant. | |

Mr. Leon's grandmother passed away on May 27, 2026, and he respectfully requests permission to travel to Mexico City for two weeks to attend her funeral and spend time with his family.

Mr. Leon has a reliable travel plan. He will travel by plane to Mexico City and reside with his family.

The Court has allowed Mr. Leon to travel to Mexico City on several occasions to be with his grandmother and family as she received treatment for medical conditions. (ECF Nos. 28, 31, 33.)

Neither United States Probation nor the United States Attorney's Office have any objection to this request.

Accordingly, Mr. Leon respectfully requests that he be permitted to travel to Mexico City from May 28, 2026, returning June 11, 2026.

Dated May 27, 2026.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Rick Mula*

Rick Mula
Assistant Federal Public Defender

IT IS SO ORDERED:

United States District Judge

Dated: 5/27/2026

2