Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Rick Mula
Assistant Federal Public Defender
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Rick_Mula@fd.org

*Attorney for Defendant Jessie Juan Leon

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | |
| Plaintiff, | Case No. 2:24-cr-00157-RFB-DJA |
| v. | **Unopposed Motion for Approval to Travel Outside the Contiguous United States** |
| Jessie Juan Leon, | |
| Defendant. | |

Mr. Leon seeks permission to join his family in Tijuana, Mexico, the weekend of July 3rd to pray for his grandmother, who passed away on May 27, 2026. Mr. Leon would leave Las Vegas on July 3, 2026, travel to Tijuana by car with his sisters, and return to Las Vegas on July 5, 2026.

The Court has allowed Mr. Leon to travel to Mexico on several occasions to be with his grandmother and family as she received treatment for medical conditions. (ECF Nos. 28, 31, 33, 35.)

Neither United States Probation nor the United States Attorney's Office have any objection to this request.

Accordingly, Mr. Leon respectfully requests that he be permitted to travel to Tijuana from July 3, 2026, returning July 5, 2026.

Dated June 25, 2026.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Rick Mula*

Rick Mula
Assistant Federal Public Defender

IT IS SO ORDERED:

United States District Judge

Dated: 7/2/2026

2